IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NOAH MULLEN,

Plaintiff,

v.

TREVOR EASTON,

Defendant.

Case No. 22-cv-1220 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 2/20/2024

MONICA A. STUMP, Clerk of Court

s/ Tina Gray, Deputy Clerk

**Approved:**   *s/J. Phil Gilbert*
                J. PHIL GILBERT
                DISTRICT JUDGE